**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

AHERN S.,[1]

Plaintiff,

v.

**ORDER**
Civil File No. 25-04327 (MJD/DJF)

FRANK BISIGNANO,
Commissioner of Social Security,

Defendant.

---

Edward C. Olson, Reitan Law Office, Minneapolis, MN, Clifford Michael Farrell, Manring & Farrell, Dublin, OH, Counsel for Plaintiff.

James D. Sides, Susan Joan Warren, Social Security Administration, Office of the General Counsel, Baltimore, MD, Counsel for Defendant.

---

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Dulce J. Foster dated October 9, 2026. Plaintiff filed objections to the Report and Recommendation.

Pursuant to statute, the Court has conducted a de novo review upon the record. 28 U.S.C. § 636(b)(1); D. Minn. LR 72.2(b). Based upon that review, the

[1] This District has adopted the policy of using only the first name and last initial of any nongovernmental parties in Social Security opinions.

Court adopts the Report and Recommendation of United States Magistrate Judge Dulce J. Foster. The Court overrules Plaintiff's objections.

Accordingly, based upon the files, records, and proceedings herein**, IT IS HEREBY ORDERED**:

1. The Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge Dulce J. Foster dated October 9, 2026. **[Doc. 23.]**

2. Plaintiff's Request for Relief **[Doc. 14]** is **DENIED**;

3. Defendant's Request for Relief **[Doc. 21]** is **GRANTED**;

4. The Decision of the ALJ is **AFFIRMED**; and

5. Plaintiff's Complaint **[Doc. 1]** is **DISMISSED with prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: November 13, 2026

s/Michael J. Davis
Michael J. Davis
United States District Court